1918. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Ry. Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668; *Great Northern Ry. Co.* v. *Knapp,* 240 U. S. 464; *Baltimore & Ohio R. R. Co.* v. *Whitacre,* 242 U. S. 169; *Southern Ry. Co.* v. *Puckett,* 244 U. S. 571, 574. *Mr. P. A. Willcox, Mr. Lucian W. McLemore, Mr. Frederic D. McKenney* and *Mr. J. S. Flannery* for plaintiff in error. *Mr. L. D. Jennings* and *Mr. A. S. Harby* for defendant in error.

No. 391. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA, PLAINTIFF IN ERROR, *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. In error to the Supreme Court of the State of California. Argued January 18, 1918. Decided January 21, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 116; *Leathe* v. *Thomas,* 207 U. S. 93; *Holden Land Co.* v. *Inter-State Trading Co.,* 233 U. S. 536, 541; *Mellon Co.* v. *McCafferty,* 239 U. S. 134; (2) § 237, Judicial Code, as amended by the Act of Congress of September 6, 1916, c. 448, 39 Stat. 726; *Philadelphia & Reading Coal & Iron Co.* v. *Gilbert,* 245 U. S. 162. *Mr. Douglas Brookman* and *Mr. Max Thelen* for plaintiff in error. *Mr. Robert Dunlap, Mr. E. W. Camp, Mr. E. S. Pillsbury* and *Mr. Gardiner Lathrop* for defendant in error.

No. 525. CAREY W. STONE, GUARDIAN OF THOMAS S. STONE, PLAINTIFF IN ERROR, *v.* EMMETT P. STONE, NEXT FRIEND OF THOMAS S. STONE. In error to the Supreme Court of the State of North Carolina. Argued January 18, 1918. Decided January 21, 1918. *Per Curiam.*

Dismissed for want of jurisdiction upon the authority of § 237, Judicial Code, as amended by the Act of Congress of September 6, 1916, c. 448, 39 Stat. 726; *Prairie Oil & Gas Co.* v. *Carter*, 244 U. S. 646; *Midland Valley R. R. Co.* v. *Griffith, ante*, 633. *Mr. Clyde A. Douglass, Mr. William C. Douglass,* and *Mr. Murray Allen* for plaintiff in error. *Mr. R. W. Winston* and *Mr. Moses N. Amis* for defendant in error.

---

No. 534. PEOPLE OF PORTO RICO ET AL., APPELLANTS, *v.* CARLOS TAPIA. Appeal from the District Court of the United States for the District of Porto Rico. Argued January 17, 18, 1918. Decided January 21, 1918. *Per Curiam.* Judgment reversed upon the authority of *Downes* v. *Bidwell*, 182 U. S. 244; *Hawaii* v. *Mankichi*, 190 U. S. 197; *Dorr* v. *United States*, 195 U. S. 138; *Rassmussen* v. *United States*, 197 U. S. 516; *Kopel* v. *Bingham*, 211 U. S. 468; *Dowdell* v. *United States*, 221 U. S. 91; *Porto Rico* v. *Rosaly*, 227 U. S. 270, 274; *Ocampo* v. *United States*, 234 U. S. 91, 98. *Mr. Edward S. Bailey, Mr. Samuel T. Ansell, Mr. Assistant Attorney General Warren* and *Mr. Robert Szold* for appellants. *Mr. Willis Sweet* and *Mr. Francis H. Dexter* for appellee.

---

No. 647. PEOPLE OF PORTO RICO, ET AL., PLAINTIFFS IN ERROR AND PETITIONERS, *v.* JOSE MURATTI. In error to and on writ of certiorari to the Supreme Court of Porto Rico. Argued January 17, 18, 1918. Decided January 21, 1918. *Per Curiam.* Judgment reversed upon the authority of *People of Porto Rico* v. *Tapia*, just decided, *supra*, this page, and authorities therein cited. *Mr. Edward S. Bailey, Mr. Samuel T. Ansell, Mr. Assistant Attorney General Warren* and *Mr. Robert Szold* for plaintiffs in error and